**United States District Court**
**Central District of California**

UNITED STATES OF AMERICA vs            Docket No. __CR06-218 SH__

**Defendant** __Charles Anthony Pope__
akas _____

## JUDGMENT AND COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person, on this date

of : __May 31, 2006__

**COUNSEL:** _X_ **WITH COUNSEL** __Angel Navarro - DFPD__

**PLEA:** _X_ **GUILTY**

**OFFENSE:** Damage to Government Property, in violation of Title 36, Code of Federal Regulations, Sections 2.31(a)(3), a Class B Misdemeanor, as charged in the count one of the Information.

**FINDINGS:**
The Court finds that the defendant is fully competent to plead guilty to the charge alleged in the Information of violating Title 36, Code of Federal Regulations, Sections 2.31(a)(3), a Class B Misdemeanor, and that the defendant's plea of guilty: (a) has a factual basis; (b) is freely given, without any coercive influence of any kind; (c) is voluntarily made with the defendant's full knowledge of the nature of the charge against him and the consequences of his guilty plea; and (d) is made without the defendant having been induced by any promises of any kind made to him by anyone, or by any threats or coercion exerted upon him in any manner. The Court further finds pursuant to Fed. R. Crim P. 32(c)(1)(ii) that the information in the record is sufficient to enable the Court to meaningfully exercise its sentencing authority under 18 U.S.C. § 3553 without a presentence investigation and report, and to sentence defendant.

**JUDGMENT AND COMMITMENT ORDER:**
The defendant is adjudged GUILTY and convicted of the offense of Title 36, Code of Federal Regulations, Sections 2.31(a)(3), a Class B Misdemeanor, as charged in count one of the Information. In accordance with the terms of the written plea agreement filed May 31, 2006, the Court sentences the defendant as follows:

Defendant is placed on probation for a term of two years, which will terminate immediately upon full payment of restitution as set forth. Defendant shall pay restitution in the amount of $1,306.29 to be paid to the Golden Gate Bridge Highway and Transportation District during the defendant's period of probation. It is further ordered the defendant shall pay a mandatory special assessment of $10.00, payable to the Clerk of court on the day of sentencing.

DATED: __6-1-06__                                    _____
                                                                    U. S. Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Commitment Order to the U.S. Marshal or other qualified officer.

                                                            Sherri R. Carter, Clerk
Dated/Filed __6-1-06__                         By __Sandra Belton__
Month / Day / Year                                  Deputy Clerk

USA vs. __Charles Anthony Pope__   Docket No.: __CR06-218 SH__

**RETURN**

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____   By _____
Date                                          Deputy Marshal

**CERTIFICATE**

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____   By _____
Date                                          Deputy Clerk

Page 2 of 2